1  ALEXANDER B. CVITAN (SBN 81746),
   E-mail: alc@rac-law.com
2  NATALIA BAUTISTA (SBN245669), and
   Email: nataliab@rac-law.com
3  MICHAEL BARTH (SBN 329507),
   Email: michaelb@rac-law.com
4  REICH, ADELL & CVITAN, A Professional Law Corporation
   330 N. Brand Blvd., Suite 250, Glendale, California 91203
5  Telephone: (213) 386-3860; Facsimile: (213) 386-5583

6  Attorneys for Plaintiff Construction Laborers Trust Funds
   For Southern California Administrative Company, LLC
7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | CASE NO. 8:25-cv-00540-DOC (KESx) |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| AMPCO NORTH, INC., a California corporation; ANDREW PENNOR, an individual; LINDA VITTA, an individual; and UNITED SURETY INSURANCE COMPANY, a Massachusetts corporation, | |
| Defendants | |

   PLEASE TAKE NOTICE that the parties to this action, Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF") and Defendants Ampco North, Inc. ("Employer"), Andrew Pennor ("Pennor"), and Linda Vitta ("Vitta") have reached a settlement. The settlement terms include payment by Defendant to CLTF and further require that Employer, Pennor, and Vitta comply with settlement terms which will conclude in or around June 2026.  The settlement terms also provide that, after the payment is completed, the parties will file a stipulation

1 dismissing this action without prejudice with a request that Court retain jurisdiction
2 over the lawsuit to enforce the terms of the settlement agreement by no later than
3 September 29, 2025. Defendant United Surety Insurance Company ("United Surety")
4 is not a party to this settlement agreement, but CLTF will likewise dismiss United
5 Surety without prejudice once Employer, Pennor, and Vitta resolve the claim. The
6 parties request that this action be taken off the Court's active calendar pending
7 consummation of the settlement and the filing of a stipulated dismissal.

SO STIPULATED:

DATED: May 19, 2025                REICH, ADELL & CVITAN
                                   A Professional Law Corporation


                                   By: /s/ MBarth
                                       MICHAEL BARTH
                                   Attorneys for Plaintiff
                                   CONSTRUCTION LABORERS TRUST
                                   FUNDS FOR SOUTHERN CALIFORNIA
                                   ADMINISTRATIVE COMPANY


                                   PEARL LEGAL, APC


DATED: May 19, 2025                By: /s/ Carmine Pearl
                                       CARMINE J. (C.J) PEARL, II
                                   Attorneys for Defendants
                                   AMPCO NORTH, INC., ANDREW PENNOR,
                                   and LINDA VITTA