JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMPCO NORTH, INC., a California corporation; ANDREW PENNOR, an individual; LINDA VITTA, an individual; and UNITED SURETY INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants | CASE NO. 8:25-cv-00540-DOC (KESx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to the Stipulation to Dismiss Entire Action Without Prejudice filed by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that this entire action is dismissed without prejudice, with each party to bear its own attorney's fees.

Dated: July 16, 2025

_____
HON. DAVID O. CARTER
United States District Judge